157 A.3d 863

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MARK ROIGE (A/K/A DEMETRIO FERNANDEZ),
DEFENDANT-PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

456

A petition for certification of the judgment in A–004389–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.